IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD A. FULGHAM,

        Petitioner,                  No. CIV S-09-1848 WBS GGH P

    vs.

M. EVANS,

        Respondent.               <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 5, 2009, dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

2  Petitioner has made a substantial showing of the denial of a constitutional right in

3  the following issues presented in the instant petition: whether the court should have granted

4  petitioner's motion to stay; whether the court properly dismissed the petition.

5  Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

6  issued in the present action.

7  DATED:  November 13, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ful1848.coa

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2